# Court of Appeals
# of the State of Georgia

ATLANTA, _December 27, 2024_

*The Court of Appeals hereby passes the following order:*

**A25E0054. GREEN v. THE STATE.**

Aaron Green has filed a pro se motion to stay the proceedings and request for appointment of appellate counsel, which we construe as an emergency motion. In the documents, Green includes a purported notice of appeal from an order denying various motions in his criminal proceedings. The notice of appeal should have been filed in the trial court to properly effectuate appeal from the order at issue. Because the document before us does not contain a file stamp from the trial court, we cannot construe it as a properly filed appeal, which must originate from a notice of appeal filed in the trial court. In the event that he failed to timely file the purported notice of appeal in the trial court, Green should seek relief from the trial court along with seeking appointment of counsel therefrom as well. Green's motion is hereby **DENIED**. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_12/27/2024_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*